In the Matter of the Claim of FRANCESCO CIRIELLO, Respondent, against GREAT LAKES DREDGE AND DOCK COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — when presumed that accident arose out of employment.*

*Ciriello* v. *Great Lakes Dredge & Dock Co.,* 195 App. Div. 913, affirmed.

(Argued April 21, 1921; decided May 10, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1921, which affirmed an award of the State Industrial Commission made under the Workmen's Compensation Law. Claimant's husband was employed in the construction of a dock on Buffalo river in the city of Buffalo. On the day of his death he with others were engaged in shifting a track about 100 feet back from the outside edge of the crib where he was last seen standing before he fell into the river and was drowned. There was no proof of the precise manner and nature of the accident. It was held that under section 21 of the Workmen's Compensation Law it should be presumed that it arose out of the employment.

*F. X. Mooney, Walter L. Glenney* and *Bertrand L. Pettigrew* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.